**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Daniel Michniak, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 2:08-CV-00420-MBC |
| v. | ) | |
| | ) | |
| Redline Recovery Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, by and through counsel, hereby gives Notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com
    *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 23, 2008, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following parties were served via ordinary U.S. Mail properly addressed as follows:

Keary Floyd, Esq.
Franzén and Salzano, P.C.
40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
*Attorney for Defendant*

*/s/ Richard J. Meier*